**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 12-1366**

─────────────

BRENDA DENISE RIVERS,

        Plaintiff - Appellant,

    v.

BANK OF AMERICA,

        Defendant – Appellee,

    and

YOLANDA VERA, Human Resources Director of Bank of America,

        Defendant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Beaufort.   Solomon Blatt, Jr., Senior District Judge. (9:10-cv-01654-SB)

─────────────

Submitted:  May 24, 2012           Decided:  May 30, 2012

─────────────

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Brenda Denise Rivers, Appellant Pro Se.  Susan P. Dion, Robert Ashley Muckenfuss, MCGUIREWOODS, LLP, Charlotte, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda Denise Rivers appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to defendant on her employment discrimination and defamation claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rivers v. Bank of Am., No. 9:10-cv-01654-SB (D.S.C. Mar. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED